**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re:   Mervin Ronald Harris dba MRH Tax & Accounting aka Mervin R. Harris | Case No. 16-36065 - KLP<br>Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

US BANK TRUST NATIONAL
ASSOCIATION AS TRUSTEE OF
CABANA SERIES III TRUST, Movant

vs.

Mervin Ronald Harris dba MRH Tax &
Accounting aka Mervin R. Harris, Debtor
Louise D. Harris, Non-Filing Co-Debtor
Suzanne E. Wade, Trustee
            Respondent(s)

**ORDER TERMINATING AUTOMATIC STAY**
**HEARING HELD**
**Real Property at 13014 King William Road, King William, Virginia 23086**

Upon consideration of the Motion for Relief from Stay filed by the Movant, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST, and a hearing having been held and for good cause shown, it is

ORDERED, that the stay of 11 U.S.C. Section 362(a) and 1301 be and is hereby modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property under the Deed of Trust dated June 17, 2014, and recorded among the land records of COUNTY OF KING WILLIAM, Virginia, and secured by the real property of the Debtor at **13014 King William Road, King William, Virginia 23086,** and described as follows:

Dinh Ngo, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #85661
301.490.1196
Attorney for US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

**EXHIBIT 'A'**

Property:    13014 KING WILLIAM ROAD, KING WILLIAM, VA 23086

ALL THOSE CERTAIN TRACTS OR PARCELS OF LAND, TOGETHER WITH ALL APPURTENANCES THERETO BELONGING, BEING SITUATE IN ACQUINTON MAGISTERIAL DISTRICT OF KING WILLIAM COUNTY, VIRGINIA, CONTAINING 4.39 ACRES IN THE AGGREGATE, CONSISTING OF TWO ADJOINING PARCELS:

PARCEL ONE CONTAINING 1.92 ACRES, LOCATED ON THE SOUTHWEST SIDE OF VIRGINIA STATE ROUTE 30, WITH METES AND BOUNDS AS SHOWN ON PLAT OF SURVEY MADE BY F.T.SEARGENT, C.L.S. DATED MAY 25, 1972, WHICH SAID SURVEY AND PLAT IS OF RECORD IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF KING WILLIAM COUNTY IN DEED BOOK 109 PAGE 342, AND WHICH SAID SURVEY AND PLAT IS BY THIS REFERENCE MADE A PART OF THIS DEED.

PARCEL TWO CONTAINING 2.47 ACRES, LOCATED ON THE SOUTHWEST SIDE OF VIRGINIA STATE ROUTE 30, WITH METES AND BOUNDS AS SHOWN ON PLAT OF SURVEY MADE BY F.T.SEARGENT, C.L.S. DATED MAY 25, 1972, WHICH SAID SURVEY AND PLAT IS OF RECORD IN SAID CLERK'S OFFICE IN DEED BOOK 109 PAGE 216 AND WHICH SAID SURVEY AND PLAT IS BY THIS REFERENCE MADE A PART OF THIS DEED.

IT IS FURTHER ORDERED, that this relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Date: Aug 2 2019

/s/ Keith L. Phillips

Judge, U.S. Bankruptcy Court
Eastern District of Virginia

Entered on Docket: Aug 2 2019

I ask for this:

/s/ Dinh Ngo, Esq.
Dinh Ngo, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #85661
301.490.1196
*Attorney for Movant*

19-700427

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Dinh Ngo, Esq.

**PARTIES TO RECEIVE COPIES**

Mervin Ronald Harris dba MRH Tax & Accounting
13014 King William Rd
King William, Virginia  23086

Louise D. Harris
13014 King William Road
King William, Virginia  23086

Copies will be sent electronically via the CM/ECF system to Stephen F. Relyea, Attorney for Debtor and Suzanne E. Wade, Trustee.

19-700427